**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cr-10052-1-STA |
| ) | |
| KAYLEN SHOMARI SMITH, ) | |
| ) | |
| Defendant. ) | |

**ORDER CONTINUING REPORT DATE/SCHEDULING CONFERENCE**

The Report Date in this matter is currently set for July 17, 2017 before Chief Judge S. Thomas Anderson. The Report Date/Scheduling Conference in the above styled matter is hereby reset to **Tuesday, July 18, 2017, at 9:30 a.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 7th day of July, 2017.

s/ S. Thomas Anderson
Chief United States District Judge